FILED
MAR 17 2014
DAVID CREWS, CLERK
BY ______ Deputy

GA



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Willie Wash
Plaintiff

v. CASE NO. 3:14CV54-SA-DAS

Sheriff Bill Rasco, ~~Et~~ EL
Defendant

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

A. Legal name: Willie Wash

B. Name under which sentenced: Willie Wash

C. Inmate identification number: 201010681 JID-140003

D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 3425 Industrial Dr. W. Hernando, Mississippi 38632

E. Place of confinement: Desota County Detention Center

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

Name: Sheriff Bill Rasco, et, al

Title (Superintendent, Sheriff, etc.): Sheriff

Defendant's mailing address (street or post office box number, city, state, ZIP) 311 West South Street Hernando, Mississippi 38632

Continue From page(2) Defendants
Medical Director April Cox
Nurse Terry
Nurse patrice Cox/Mrs. B. Buford
Nurse McKinney
Nurse Bridgette
LTS. Cotton
LTS. Hullette
Jailer Cunningham
Jailer Busby or Buzby
Jailer: park / Sgt Bailey

Address 3425 Industrial Dr. W.
Hernando, MS 38632

Those are the ones who I came incontact with in Desota County Detention Center

page-1-Question 2-Defendant names
Exhibit A-1-13

Name: Jail Director, Wicker

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office. box number, city, state, ZIP)

Name: Mr. Wicker

Title (Superintendent, Sheriff, etc.): Jail Director Desota

Defendant's mailing address (street or post office box number, city, state, ZIP) County Detention Center 3425 Industrial Dr. W.

Name: Dr. Thompson

Title (Superintendent, Sheriff, etc.): Doctor

Defendant's mailing address (street or post office box number, city, state, ZIP) 3425 Industrial Dr. W. Hernando, MS 38632

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☑ Yes ☐ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

A. Parties to the lawsuit:

Plaintiff(s): Willie Wash

Defendant(s): Sheriff A.C. Gillespie, et al

B. Court: U.S. District Court C. Docket No.: 2:98-CV-02778 BBD

D. Judge's Name: Bernice Donald E. Date suit filed: 09/08/98

F. Date decided: 7-31-2000 G. Result (affirmed, reversed, etc.):

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes ☐ No

6. If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below). ☑ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

See Exhibit A-B

A. Does the grievance system place a limit on the time within which a grievance must be presented? ☐ Yes ☑ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed? ☑ Yes ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly. pages 1-12, have the dates, Medical requests, grievances I filed to the administrators, also medical staffs who I came in contact with, my private primary care doctor, hospitals, pharmacies I use no ones were contacted by Desota County Medical Staffs or administratives

See Exhibit A-B

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was. See page 2-Defendants, I filed a complaint to Sheriff Bill Rasco, Concerned lower Staffs denied me medical treatment through his policies that hence, me from going to any outside appointments, cost and expensives To See a podiatrist for my feet, Someone for chronical care other injuries were tainted and futile with all defendants, I went through protocol, 8th Amendment Violation and the 14 Amendment Equal protection Of laws.

**Special Note**: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:
I use the grievance System through the Kiosk to filed my grievances to exhaust my administratives remedies I filed a complaint to Sheriff Bill Rasco 1-21-14, unconstitution Condit-ions.

9. Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9. 1-10-14, I enter Desota County Detention Center, Nurse Terry Saw me page 1-exhibit A, 1-13 defendants are name, and I demonst-rated each defendants Job title and What they did to Violates my civil Rights and how they Violates civil rights, Started with the 1 th Amend-ment to exercised my freedom of Speech, 8th Amendment Due process, 14 th Amendment Equal protection of law in exhibit A-pages 1-13, Cruel and unusual punishment, wanton infl iction of pain and suffering, what the 8th Amendment prohibited by Jail officials.

10. State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

Started issued inmates Sheets for there mattress, better Medical treatment, Stop the administratives from making opinions to inmates Serious medical needs, deliberate indifference to Serious medical need constitutes unnecessary and wanton infliction of pain proscribed by 8th Amendment, engaging in protected conduct that violates, also inadequate medical Care, See the handbook page (3) mission, also page (4) Right / Responsibilities is not follow by employees. Someone trained in law as paralegal, Instead of computer, also a mississippi Litigation manual Diabetic Snack for diabetic, need a disease Control Health department examination.

This Complaint was executed at (location): ~~Willie Wash~~ Desota County Detention Center

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 3-11-14

Willie Wash
Plaintiff's Signature

Continued page (5) - Question (6)

Stated Briefly; I am suing each individuals in there Individual Capacities, also official capacities for the defendants to pay for the investigations for the legal copies that was copy for me, also the cost of court. I am in the custody of Sheriff Bill Rasco and Jail Director Chad wicker who maked all the decisions in desota County Detention Center, also they made a in house policy to stop in coming personal mail and we can not mail out personal mail to our familys. What about Indigencies inmate who can not afford the Kiosk to text our familys, denied inmates outside communication, also respect from lower staffs Jailer, medical staffs, rights and responsibilities to us. Instead of the barbarous treatment method of torture in here; Cruel and unusual punishment. This complaint was executed at (Location) Desota County Detention Center.

Willie Wash

Exhibit A-pages 1-13
page 2- Question 7-C/D
page-4- " " " " 9

On January 10, 2013, I was transfer from the Shelby County Jail, Memphis, Tennessee 38103, To Desota County Jail, Hernando, Mississippi 38632, In the Care and Custody of Sheriff Bill Resco. Nurse Terry was the received nurse who made derogatory remarks about my medications that we are not going to pay for your medications or taked Care of you with tax payers money in here.

I never was gave a examination for T. B, or any lab work did concerning my diabetic, bad back, Cartlidge goes in both knees, poor circu-mlation in legs, real bad arthritis, nerse da-mages from a gun shot wound to left fore-arm-pelles still in upper left shoulder, fung-us beneath my toe nails to cut with toe clipper.

The 1-13-14, I asked for a extra blanket and mattress, why living in a cold environment 65 degrees weather 3, 9, 13, 16, 20, 24, 29, 30 for the month of January, air-condition, hazar cond-itions in the dormitories, by them not pres-cribed a lab-tab 10.5 pain medication I asked for a substitute-blanket and extra mattress, however they are delib-rate indifference to my serious

Exhibit A-1-13

Medical needs, once I gave medical my information to Walgreen on Perkins/Knight arnold, also piggy wiggly Perkins/~~arnold~~ Knight Arnold, memphis Tennessee, Primary Care Doctor Leo Rourke, Getwell Community Clinic Watson Memphis, Tennessee, I Still went 3-days without Seeing a Jail doctor or the medical Director April Box. Its my constitutional right to file a grievance for the denied of medical treatment, Chronical Care for barbarous torture punishment, 8th amendment Violation Cruel and unusual punishment wanton infliction of unnecessary suffering by failure to treat my Serious medical needs was inconsistent with Contemporary Standards of decency. Nurse mcKinney who tooked adverse action against me by retaliated against me, Supreme court stated or prohibition employees from engaging in conduct that Violates the 8th amendment or that Constitutes retaliation against me for prior complaints about a extra blanket/mattress.

Exhibit A, 1-13

Nurse Mckinney who I saw third denied me the last 2-days of my medication Ibprofen that nurse Bridgette prescribed for me until I filed a grievance challenge in house policies from the cold weather inside the Jail, We are sleeping without sheets on the bed in freeze zero weather, inside the Jail like you are sleeping outside. Inadequated medical treatment deprivation of your fundamental constitutional rights when you must pay ten dollars to see a provider, three dollars to see a nurse, requirement stated that a diabetic must be seeming every 90-days for a chronical check, other barbarous methods of punishment by lower staffs who will interfered with you asking about the handbook policy mission/rights and responsibilities when I am in Sheriff Bill Rasco custody for safe keeping, punishment which are incompatible with evolving standards of decency that mark progress of maturing society or which involve unnecessary or wanton infliction of pain are repugnant to 8th amendment, Grounded in the 1th amendment

Exhibit A-1-13

on 1-16-14, I did a Civil right Violation to LTS. D. Hutlette Concerned a extra blanket and mattress who told me to do the grievance over to Someone else. I still appeal that decision to the Jail Director mr. wicker - 1-17-14 and 1-18-14 who denied my medical request, also I filed a grievance 1-19-14 and 1-20-14, Concerned nurse mckinney attitude who refused to see me 2-mornings for diabetic check and I asked officer sowel why my name is not on the list, he said this is the list nurse mckinney gave me.

Director wicker told me he will see me on 1-24-14, Concerned my appeal about the extra blanket and mattress, I explained to him about my serious medical needs, old injuries that required heat to easy the pains

I have exhaust my administrative remedies that was available to me, and I appeal them decisions to Sheriff Bill Rasco who Jail house is short of Jump suits, Mattress, blankets, over crowding inmates sleeping on the floor, as of 1-21-14, I mailed Sheriff Bill Rasco a complaint in the U.S. mail serviced concerned inadequated health Care Services.

Exhibit A-1-13

I filed a grievance to LTS.D. Hurley and Director Wicker that nurse Terry is instigated when I go to taked my shot at 10:45 a.m., they are violent and nurse Terry harrass me every day when she work, on 2-3-14 at the same time I did my accurate check I was first in line, I asked for my insulin, she said you are not in charge, she disrespect me with derogatory marks, told me she was busy as she waiting on the 2-white inmates, see the handbook: Mission and rights/responsibilities, she wanna the officer Parks to use his stunned gun and place me isolation for her being racism in my situation, she is in violation in the grounded in the first amendment and the 8th amendment barbarous method torture by a medical staff as she maniputated security against me, officer Buzby who always stated if he place a stunned gun in some one reckon and discharge it what the result would be, these are racism pranks. 8th amendment, it is safe to affirm that punishments of torture... and all others in the same line of unnecessary cruelty, are forbidden by that amendment.

Exhibit A-1-13

On 2-12-14, I asked Nurse patrice Box if they do Chronic Care examination every (90) days for diabetic, high blood pressure, high colestrol, potassium, other Symptoms that requires lab work by drawing tube of bloods from a person, She told me no such thing in her 9-years as a R.N. nurse in the State of mississippl. I have a serious fungus problem with my toe nails that a normal pair of toe clipper will not be able to cut my toe nails for the fungus have built beneath the toe nails that a doctor or someone who have the trained to cut my toe nails by me being a diabetic. I am having a differcult time to obtain proper diagnosis and treatment, as I Stated above, a viable 8th Amendment requring that there be a serious risk of inJury, heart-attack, stroke, lost of feet, toe, arm, from poor circumkation, also it were deliberate indifference on the part of the Jail officials. I am suffered deleterious effects from delays exposure to hazarous Conditions cold weather, no sheets on the mattress, 40-degree weather inside the Jail.

Exhibit A-1-13 2-14-14 at 7:45 P.m.

1. I am suffering from diabetes, high blood pressure, high Colestrol, low patassium, arthritis, destroy nerves, Cartlidge out in my knees, hypothermia, I Stay cold all the time, I got asthma, broncihtis-from 1-10-14 to 2-14-14, also denied to see a podiatrist for my fungus, timing-events and I identified that I have been treated differently than similarly situated pretrial detainees by medical staffs, no such treatment as Chronical care.

2. As for my allegations the medical director lower medical staffs refused to monitor my aboved illness to test my A-1-C, draw blood for my body counts deleterious effects from the delaying

3. Also I providing medical with the information who have treated me in the past, Dr. Leo [illegible] Rourke, Getwell Community Clinic, Watson st, Memphis, Tennessee 38118, Baptist hospital on walnut grove, memphis, Tenn, Baptist hospital Collerville, Tenn. Memphis Health center Crump Blvd, Memphis, Tenn; I was told by the nurses no such treatment as Chronical care.

Exhibit A-1-13

4. All my grievances is on the Smart Jail mail com Computer System or Contact Sheriff Bill Rasco / Jail Director Wicker, Medical Director April Box still was tainted / futile in my situation: (Chaos) (Conspiracy) (Malpractice) (pattern of practices violation). (The barbarous methods of torture, (pain and suffering, wanton infliction (of unnecessary medical treatment): on 2-17-14, I was threaten by officer Jeffrey, he had a hostile attitude with his hand on his stunned gun about a cheese sandwich we had for lunch interrogated derogatory remark that he was going to have me place in the old condemn county Jail freezed below zero temperature a barbarous torture that is a pattern of practices they do everyday.

5. They never give you a direct order and you are not allow to exercised your freedom of speech once you engaged in a conversation that became a verbal altercation between

Exhibit A-1-13

and the officer; guess who going to isolation for argued with a officer, grounded in the 1th amendment already being denied to me and the due process of laws; 8th amendment violation. I am not protected by the Bill of Rights; 14th Amendment Equal Protection of laws, also LTS Cotton was shift commandor.

Director wicker answer my medical grievance from 2-14-14 that I filed against Medical Director April Cox 2-14-14 who never place me down to see the Jail house provider/Doctor Dr Thompson for my A-1-c testing, draw blood work for my diabetes, high blood pressure for my migraine headaches, Podiatrist for the fungus beneath my ten (10) toe, or my potassium level, arthritis, nerves destroy, hypothermia, asthma, broncihtis, cartlidge gone in my knees, bad back, a knot of my left thyroid could be cancer. 2-19-14 I appeal the above decision, 2-19-14, wicker answer my appeal, 2-19-14, put a Request to see the doctor. I identified that I has been treated differently than similarly situated by medical staffs and administratives.

Sheriff Bill Rasco, who is denied me and other pretrial Detainees our fundamental constitutional right of access to the Court. through a labtop Computer without a Mississippi Litigation Manual, when Jail officials authorities to assist inmates in the preparation and filing of meaningful legal papers by providing inmates with adequate law libraries or adequate assistance from persons trained in law or a paralegal, failure to provide legal research, and desota County Jail is not efficiently run, no kind of LEAA program. I am indigency inmate who need legal assistance from someone trained in law, when ignorant and illiterate inmates are around me, and there pattern of practices with discrimination in here: is a violation of the 8th and 14th Amendments.

Indigent inmates must be provided at County expense with paper and pen to draft legal documents, also a mississippi Litigation Manual to draft Motions from in here.

Medical Dates From 1-13-14 through 2-23-14. Started with Medical Director April Cox, Response by April Cox 1-13-14, the pharmacies I use on the streets; Walgreen and piggly wiggly on Knight Arnold/perkins Memphis Tenn 38118, Its was tainted/futile; I was told to called my familys by nurse Terry. I went without Medication and Insulin for 3-days, until nurse Bridgette Called the Shelby county jail 201 poplar Ave, Memphis, Tenn 38103.

1-16-14. I filed a grievance LTS. Hullette Response when I asked for a extra blanket/mattress for a bad back, Arthritis real bad, cartladge gone in my knees, pellet in my left shoulder, Since I was unable to received a 10.5 low tab what I was prescribed on the street, administrators interference through policies, cruel and unusual punishment wanton infliction pain and suffering upon me.

Exhibit # 15

Continued From Page (3)-Question (7)
C. Also PagesFrom 1-10, I Stated a Claim.

1-17-14, Response from Mrs. B. Buford, I explained in appeal 1-19-14 concerned nurse terry attitude who would Start a verbal altercation about my medication from 1-10-14.

1-18-14, wicker answer my medical request that I would substitude pain medication for a extra blanket and mattress, also they do not issued sheets to us; Response 1-22-14, Staff acted within policy. Nurse Terry denied me my Ibprofen for 3-days that nurse bridgette prescribed to me, Jailers will interference with you asking about your Medications, jailers will threaten you for exercising your freedom of Speech, grounded in the 1 Amendment telling you we will send you to the old jail that District Court had Close. I appeal the aboved decision 1-22-14, wicker saw me 1-24-14. 2-23-14, I did a Sick call request, Response by April Box 2-24-14

Continue From page(2) Defendants
Medical Director April Cox
Nurse Terry
Nurse patrice Cox/Mrs. B. Buford
Nurse McKinney
Nurse Bridgette
LTS. Cotton
LTS. Hullette
Jailer Cunningham
Jailer Busby or Buzby
Jailer: park / Sgt Bailey

Address 3425 Industrial Dr. W.
Hernando, MS 38632

Those are the ones who I came incontact with in Desota County Detention Center

Exhibit A-1-13

Continued From page(3), question (7) C; Also pages From, 1-10; I Stated a Claim continued from page (12).

I Saw Dr. Thompson, and he told me that desota County policies prevent him from treatment or prescribed any Kind of Medical (AVO) for my injuries, when jail officials show deliberate indifference to my serious medical needs 8th Amendment Violation these barbarous Methods of torture.

If the Court looked at my past law suits and habeau corpus I attempt to filed never would have being dismiss by the courts, it was no legal assistance like it is now, although less stringent standards that I meet is not going to get me in Court, that is the reason I need appointed attorney by the Court.

Exhibit A-1-13

Exhibit (B)
Exhaust of Administrative Remedies:

To: Sheriff Bill Resco:
From: Pretrial Detainee; Willie Wash# 20101011681, JID-140003.
Date: January 21, 2014
RE: Violation OF My Civil Rights, Grounded In The 1th Amendment And 8th Amendment Violation OF The Due Process Deliberately Indifference To My Serious Medical Needs.

The Constitution Prohibition against cruel and unusual punishment any kind of torture and other barbarous Methods broad and idealistic concept of dignity, Civilized Standards.

I filed a grievance against your Medical Staffs, Nurse Terry, Nurse Mckinney to LTS D. Hurley to Director Wicked for Wanton Infliction of unnecessary Suffering by failure to treat my medical needs with a extra blanket and mattress In here.

I am not in the Streets to received a 10.5 Lowtab for pains for poor circumlation, Arthritis, Cartlidge goes in both knees, Gun Shot wound to the left Shoulders Pelles still in the upper tissue, bad back. I asked to substitute the pain Medication for a extra blanked and mattress. So far taint and futile, I have went through your protocol.

Your lower Staffs is very arrogant and very disrespectful when the constitution prohibition Jail deputys from engaging in ~~[illegible]~~ protected conduct that violates 8th Amendment or that constitutes retaliation against me for prior grievances. Deliberate indifference to serious Medical needs of pretrial detainees constitutes unnecessary and wanton infliction of pain proscribed by 8th Amendment wheth or indifference is manifested by Jail house Medical Staffs in response to my needs or by Jail deputys guards intentionally denying or delaying access to Medical care or intentionally interfering with

treatment once prescribed, regardless of how evidence deliberate indifference to my serious illness or injuries when I am a diabetic insulin dependable. you have a congnized medical staffs for inadequate medical care acts of omissions sufficiently harmful to evidence deliberate indifference to my serious needs.

The medical staffs and lower staffs Jailers retaliated against me for prior complaints when I have a constitutional Right to file a grievance. The aboved staffs retaliated against Willie Wash for engaging in protected conduct grounded in the 1th amendment when I complaint about better medical care also I was denied examination for my injuries my primary care doctor was never contacted Dr. Leo Rourke M.D., Getwell community clinic, Watson/Knight Arnold, Memphis, Tenn. They would taken adverse action against me every day something that Medical Staffs, and the administratives should examined in the first instance respect to those allegations.

You have race discrimination with your Jail Staffs and Medical Staffs in here.

Certification OF Services

I Willie Wash #2010101681, JID-140003, Hereby Certify that a true and exact Copy has been forward to Sheriff Bill Resco 311 West South St. Hernando, Mississippi 38632, Upon This 22th Day OF January 2014.

Respectfully Submitted
Willie Wash-2010101681
Willie Wash-2010101681
Desota County Jail
311 West South Street
Hernando, Mississippi
38632

Exhibit (B) Adminis-
trative Remedies [illegible]
4364

I Entered Desota County Jail on 1-10-14 and I saw Nurse Terry concerned my Medical Conditions. They have failure to provide adequate medical care that constitute a wanton infliction of unnecessary pain for a gun shot wound that destroy my Litiment and the pelle is still in me, suffering from Arthis, Cartlidges in both knees, back pain Medical Services is Deliberate Indifference to serious medical needs by substitute the 10.5 Low tab for a extra blanket and mattress from the cold weather inside 8th Amendment Violation / cruel and unusual Punishment by lower staffs. never was gave examination by Medical Services.

Primary care Doctor Leo Rourke, M.D. Getwell Community clinic, Watson and Knight Arnold.

0.3 clondine High blood pressure
1000 Malformance
100 Arspin - Blood thining
Max insulin s/scale. R. Human
Acid Refluc

Exhibit (B) Administra- 1-18-14
tive Remedies 140003
4364

Director wicked, I filed grievance 1-16-14, and I appeal that decision from LTS D. Hurley 1-17-14, than I filed a grievance against Medical Services for Deliberate indifference to my serious Medical needs 8th Amendment violation when I am suffering from Arthis poor circumlation in my legs cold weather locked my legs up, cartlidge goes in both knees, Gun shot wound to the left shoulder pelles and ead couldn't be removed from my shoulder.

Mr. wicked all I asked for was a extra mattress and blanket, when your lower staffs is indifference ~~and~~ they failure to treat my injuries, also back pains, Medical Malpractice, Blood thining Primary concern of drafter of constitutional prohibition against cruel and unusual punishment was to proscribe torture and other barbarous methods, wanton infliction of unnecessary suffering on Jail Detainees by failure to treat his Medical needs that violates the 8th Amendment and Jail officials are prohibition from engaging in protected conduct or constitutes Retaliation for prior grievances when I have a constitutional Right to file a grievance for unnecessary delays. With interrogation Acts, Substitute a 10.5 ... Pain Medication

Exhibit (B) Administrative Remedies

140003
4364
1-20-14

On 1-19-14 and 1-20-14, officer Sowel tell me that I am not on diabetic check 5:00 P.M. Per Nurse McKinney when I am Insulin dependable when the constitution Prohibition against cruel and unusual Punishment, torture and other barbarous Methods of Punishment for Personal reason.

Sheriff Bill Resco has obligation to provide medical care and treatment for those whom it is Punishing by incarceration, wanton infliction of unnecessary suffering on Pre-trial detainees by failure to treat his medical needs is inconsistent with contemporary standards of decency, and violates the 8th Amendment, also my Medication Ran out on Nurse McKinney shift, Medical Services are prohibition from engaging in a Protected conduct that Violates 8th Amendment or that constitutes Retaliation against me for prior grievances. I am still want to see the Jail house physician for my Serious medical needs, nurse McKinney intentionally denying or delaying access to medical care or intentionally interfering with treatment once prescribed. Desota County Jail health care system is not meeting the minimal standards of adequacy.

Question page (3)
Law Suits (4)

PSP

# U.S. District Court
# Western District of Tennessee (Memphis)
# CIVIL DOCKET FOR CASE #: 2:99-cv-02168-BBD
# Internal Use Only

Wash v. Rout, et al
Assigned to: Judge Bernice B. Donald
Demand: $0
Case in other court: 99-06087
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/25/1999
Date Terminated: 05/19/2000
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Petitioner**

**Willie Wash**

represented by **Willie Wash**
RI 4364
1066 Poplar
#3
Memphis, TN 38105
Fax: prose
PRO SE

V.

**Respondent**

**Jim Rout**
*County Commissioner*

**Respondent**

**Mark Luttrell**
*Director*

**Respondent**

**F/N/U Tidwell**

**Respondent**

**Robert Moore**
*Chief of Security*

**Respondent**

**Dr. Bassett**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/1999 | 1 | COMPLAINT: 42:1983 Violation of Civil Rights (BAG) (Entered: 02/26/1999) |
| | | |

| | | |
|---|---|---|
| 02/25/1999 | 2 | AFFIDAVIT of prisoner re [1-1]; w/attachments (BAG) (Entered: 02/26/1999) |
| 03/26/1999 | 3 | LETTER from petitioner Willie Wash regarding consolidating his lawsuits currently pending in Federal Court; (BAG) (Entered: 03/26/1999) |
| 04/01/1999 | 4 | LETTER from petitioner Willie Wash re consolidation of cases w/case no. 89-2631 GA; w/attachments (BAG) (Entered: 04/05/1999) |
| 04/09/1999 | 5 | AMENDED COMPLAINT: 42:1983 Violation of Civil Rights (YDS) (Entered: 04/09/1999) |
| 04/16/1999 | 6 | LETTER from petitioner Willie Wash, re status of conditions of incarceration; (BAG) (Entered: 04/19/1999) |
| 05/03/1999 | 7 | LETTER from petitioner Willie Wash re conditions at Shelby County Correction Center; (BAG) (Entered: 05/04/1999) |
| 05/03/1999 | 8 | LETTER from petitioner Willie Wash re prison R&I numbers, status of conditions at prison facility and reasons for lawsuits; (BAG) (Entered: 05/04/1999) |
| 05/03/1999 | 9 | NOTICE OF FILING OF "Emergency Grievance Complaint" by petitioner Willie Wash; requesting an order of protection; (BAG) (Entered: 05/04/1999) |
| 05/03/1999 | 10 | NOTICE by petitioner Willie Wash of additional defendants pertaining to emergency grievance; (Central Records Mgmt: Antonio Perry, Sgt. Heard, Mrs. Bertha Calhoun, counselor supervisor); (BAG) (Entered: 05/04/1999) |
| 05/13/1999 | 11 | LETTER from petitioner Willie Wash regarding 2255 motion (BAG) (Entered: 05/13/1999) |
| 05/21/1999 | 12 | LETTER from petitioner Willie Wash re conditions at place of confinement... (BAG) (Entered: 05/24/1999) |
| 05/25/1999 | 13 | NOTICE OF FILING OF Exhibit by petitioner Willie Wash (copy of inmate handbook attached) (BAG) (Entered: 05/25/1999) |
| 05/27/1999 | 14 | LETTER in a criminal case from petitioner Willie Wash to Judge Turner regarding facts of case (w/Attachment) (Former Emp) (Entered: 05/28/1999) |
| 06/04/1999 | 15 | NOTICE by petitioner Willie Wash re additional defendants (Medical Director: Gary Soilean, Nurse: O. Smith/E.R. Willis, Sgt. King, Officer Lewis, Officer Wilson); (BAG) (Entered: 06/04/1999) |
| 06/15/1999 | 16 | NOTICE OF FILING OF "letter from SC Health Dept." by petitioner Willie Wash; (letter regarding diet of Mr. Wash- attached) (BAG) (Entered: 06/16/1999) |
| 06/18/1999 | 17 | LETTER from petitioner Willie Wash regarding additional dft Richard Vandamme and outside medical appointments; (BAG) (Entered: 06/21/1999) |
| 06/24/1999 | 18 | NOTICE by petitioner Willie Wash ..petitioner's statement re: ..interference from Sgt King, Officer J. Lewis as to his diabetic feeding; letter from the Shelby County Health Dept; The Education Dept; The Food Services Workers; and Medical Dept. (EHG) (Entered: 06/24/1999) |

| | | |
|---|---|---|
| 07/01/1999 | 19 | ORDER TO COMPLY WITH PLRA ORDER ASSESSING FILING FEE ORDER OF DISMISSAL AND CERTIFYING APPEAL NOT TAKEN IN GOOD FAITH AND NOTICE OF APPELLATE FILING FEE by Judge Jerome Turner ...it is ordered that within thirty days of the entry of this order the pla properly complete and file both an in forma pauperis afdt and a trust fund account statement showing the average monthly deposits and the average monthly balance for the six months prior to submission of the complaint...it is further ordered that initial partial filing fee is fully paid, the trust fund officer shall withdraw from the pla's account and pay to clerk of this court monthly payments equal to twenty of all deposits credited to pla's account during the preceding month, but only when the amount in the account exceeds $10.00, until the entire $150.00 filing fee is paid...the clerk shall mail a copy of this order to the prison official in charge of prison trust fund accounts at pla's prison... accordingly, the complaint lacks an arguable basis either in law or in fact and is therefore, frivolous ...it is dismissed pursuant to 28 USC 1915(e)(2)(B)(i)...it is therefore certified, pursuant to 28 USC 1915(a)(3), that any appeal in this matter by pla is not taken in good and pla may not proceed on appeal in forma pauperis...pla instructed that if pla wishes to take advantage of the installment procedures for paying the appellate filing fee, pla must comply w/the procedures set out in McGore and 1915(b). For analysis under 28 USC 1915(g) of future filings, if any, by this pla, this is the 2nd dismissal in this district of one of his cases as frivolous. dismissing case; Wash shall not submit any further complaints except on court's prisoner complaint form...; If Wash submits any document that does not comply with restrictions, the Clerk shall not file them, but shall return them to Wash with a copy of this order; (cc: all counsel) (BAG) (Entered: 07/01/1999) |
| 07/16/1999 | 20 | JUDGMENT: by Judge Jerome Turner ...this action is dismissed in accordance with the Order of Dismissal, [19-2], docketed 7/1/99. Any appeal in this matter by pla, proceeding in forma pauperis, is not taken in good faith. (cc: all counsel) (YDS) (Entered: 07/16/1999) |
| 07/23/1999 | 21 | AFFIDAVIT of prisoner re [19-2] (BAG) (Entered: 07/23/1999) |
| 07/26/1999 | 23 | NOTICE OF APPEAL by petitioner Willie Wash from Dist. Court decision [20-1] (SSH) (Entered: 08/05/1999) |
| 08/03/1999 | 22 | LETTER from COA requesting the enclosed notice of appeal be filed as of the date of receipt in their office. (SSH) (Entered: 08/05/1999) |
| 08/05/1999 | 24 | NOTIFICATION form as to Willie Wash sent to 6th Circuit [23-1] with copies of docket items nos. 19, 20, 23 and docket sheet (cc: all counsel) (SSH) (Entered: 08/05/1999) |
| 08/06/1999 | 25 | AFFIDAVIT of prisoner re [1-1], [19-2]; w/attachments (BAG) (Entered: 08/06/1999) |
| 08/16/1999 | 26 | LETTER from COA requesting assessment of the $105 appellate filing fee. (SSH) (Entered: 08/16/1999) |
| 08/16/1999 | | NOTIFICATION by 6th Circuit Court Number 99-6087; D. Burns case manager (SSH) (Entered: 08/17/1999) |
| | | |

| | | |
|---|---|---|
| 08/17/1999 | 27 | RECEIVED re [23-1] appeal fee in amount of $ 105.00 ( Receipt # 49635) from Mattie Jones for Willie Wash. (SSH) (Entered: 08/26/1999) |
| 08/19/1999 | 28 | AFFIDAVIT OF PRISONER IN SUPPORT OF MOTION UNDER 28 USC 1915 by Willie Wash re [23-1] (SSH) Modified on 08/26/1999 (Entered: 08/26/1999) |
| 09/24/1999 | | ORIGINAL record on appeal as to Willie Wash transmitted to 6th Circuit consisting of 1 vol(s) pleadings; copies of docket sheet and transmission form. (cc: copies to all counsel) [23-1] (SSH) (Entered: 09/24/1999) |
| 05/15/2000 | 29 | ORDER Entered: 5/10/00 from 6th Circuit: vacting the district court's judgment entered on 7/16/99 and remanding the case [Appeal [23-1] for dismissal without prejudice. (SSH) (Entered: 05/16/2000) |
| 05/19/2000 | 30 | ORDER OF DISMISSAL ORDER CERTIFYING APPEAL NOT TAKEN IN GOOD FAITH... by Judge Bernice B. Donald ..pursuant to the Sixth Circuit's order, this case is hereby DISMISSED without prejudice pursuant to section 1997e. ..this dismissal no longer counts as the second dismissal in this district of one of plaintiff's cases as frivolous. The previous order imposing a "strike" is therefore rescinded. ..As the 6th Circuit directed the dismissal of this case, Wash has no right to appeal this Court's enforcement of that order. it is therefore CERTIFIED, pursuant to 28 USC 1915(a)(3), that any appeal in this matter by plaintiff is not taken in good faith, and plaintiff may not proceed on appeal ifp. dismissing case (cc: all counsel) (EHG) (Entered: 05/22/2000) |
| 05/26/2000 | 31 | JUDGMENT IN A CIVIL CASE: by Judge Bernice B. Donald in accordance w/the Order of Dismissal, re [30-2], entered 5/22/00, this cause is hereby Dismissed. (cc: all counsel) (YDS) (Entered: 05/26/2000) |
| 06/12/2000 | 32 | ORDER Mandate Issued: 6/7/00 from 6th Circuit pursuant to the court's disposition that was entered 5/10/00. (SSH) (Entered: 06/12/2000) |
| 06/20/2000 | 33 | ORIGINAL RECORD on appeal returned from 6th Circuit (SSH) (Entered: 06/20/2000) |
| 08/15/2000 | 34 | TRANSCRIPT of proceedings for the following date(s): 8/3/00 of Status Conf Volumes 1 Court Reporter: Brenda Parker [document placed in separate folder] (EHG) (Entered: 08/15/2000) |
| 09/11/2000 | 35 | NOTICE from the Supreme Court of the United States: the petitionf or a writ of certiorari was filed 8/8/00 and placed on the docket 8/15/00 as #00-5674. (SSH) (Entered: 09/12/2000) |
| 11/06/2000 | 36 | LETTER from the Supreme Court of the United States: the petition for a writ of certiorari is denied. (SSH) (Entered: 11/08/2000) |

Cases from Page (3)
Law Suits (4)

PSP

# U.S. District Court
# Western District of Tennessee (Memphis)
# CIVIL DOCKET FOR CASE #: 2:98-cv-02778-BBD
# Internal Use Only

Wash v. Gilless, et al
Assigned to: Judge Bernice B. Donald
Demand: $0
Case in other court: 00-06163
01-05817
99-05036
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 09/08/1998
Date Terminated: 07/31/2000
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Willie Wash**

represented by **Willie Wash**
00146133
HCCF-WHITEVILLE
Hardeman County Correctional Facility
P.O. Box 549
Whiteville, TN 38075-0549
Fax: prose
PRO SE

V.

**Defendant**

**A. C. Gilless, Jr.**
*Sheriff;*

**Defendant**

**M. Hopkins**

**Defendant**

**(F/N/U) Pipkins**

**Defendant**

**N. Jackson**
*Officer;*

**Defendant**

**Steve Campbell**
*Director;*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 02/02/1999 | | Partial Filing Fee Paid in the amount of $ 6.00 receipt # 077997. (Former Emp) (Entered: 02/05/1999) |
| 02/22/1999 | | Partial Filing Fee Paid in the amount of $ 5.00 receipt # 45648. (BAG) (Entered: 03/02/1999) |
| 03/03/1999 | 9 | RECEIVED re [6-1] appeal fee in amount of $ 105.00 ( Receipt # 45903) from Willie Wash. (SSH) (Entered: 03/05/1999) |
| 06/07/1999 | | ORIGINAL record on appeal as to Willie Wash transmitted to 6th Circuit consisting of 1 vol(s) pleadings; copies of docket sheet and transmission form. (cc: copies to all counsel) [6-1] (SSH) (Entered: 06/07/1999) |
| 05/15/2000 | 10 | ORDER Entered: 5/11/00 from 6th Circuit: denying all pending motions as moot, affirming the district court's judgment in part vacating the judgment in part and remanding the case for further consideration [Appeal [6-1]. (SSH) (Entered: 05/15/2000) |
| 06/12/2000 | 11 | ORDER Mandate Issued: 6/9/00 from 6th Circuit pursuant to the court's disposition that was entered 5/11/00. (SSH) (Entered: 06/12/2000) |
| 06/20/2000 | 12 | ORIGINAL RECORD on appeal returned from 6th Circuit (SSH) (Entered: 06/20/2000) |
| 07/14/2000 | 13 | MOTION by plaintiff Willie Wash "moving for summary judgment" (EHG) (Entered: 07/14/2000) |
| 07/31/2000 | 14 | ORDER OF DISMISSAL ORDER CERTIFYING APPEAL NOT TAKEN IN GOOD FAITH.. by Judge Bernice B. Donald ..As plaintiff's remaining claim is fully winthin the scope of section 1997e, and he has not exhausted his administrative remedies, the court dismisses this complaint under 28 USC 1997e(a). For analysis under 28 USC 1915(g) of future filings,.. this dismissal no longer counts as th first dismissal in this district of one of pla's cases as frivolous. The previous ourder imposing a "strike" is, therfore, rescinded. ..It is therefore CERTIFIED, pursuant to 28 USC 1915(a)(3), that any appeal in this matter by pla is not taken in good faith, and pla may not proceed on appeal ifp. ..the pla is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and section 1915(b). dismissing case (cc: all counsel) (EHG) (Entered: 07/31/2000) |
| 08/03/2000 | 15 | JUDGMENT In A Civil Case: by Judge Bernice B. Donald re [14-2]; In accordance with the Ordre of Dismissal entered 7/31/00, this cause is dismissed; (cc: all counsel) (BAG) (Entered: 08/03/2000) |
| 08/11/2000 | 16 | MOTION by plaintiff Willie Wash under Rule 59(e) FRCvP (EHG) (Entered: 08/11/2000) |
| 08/17/2000 | 17 | ORDER DENYING MOTION TO ALTER OR AMEND ORDER IMPOSING FILING LIMITATIONS AND RESTRICTIONS AND ORDER REITERATING CERTIFICATION THAT APPEAL NOT IN GOOD FAITH... by Judge Bernice B. Donald ...Walsh's motion to alter or amend is devoid of merit and is DENIED. ..the Clerk shall not docket any further documents in any case whatsoever from Wash w/o an order from this Court, except for a one- |

| | | |
|---|---|---|
| | | page notice of appeal filed in this case. ..the Court certifies that any such appeal is not taken in good faith and pla may not proceed on appeal in this case ifp. .. [16-1] (cc: all counsel) (EHG) (Entered: 08/17/2000) |
| 08/29/2000 | 18 | NOTICE OF APPEAL by plaintiff Willie Wash from Dist. Court decision [17-1] (EHG) (Entered: 08/29/2000) |
| 08/30/2000 | 19 | NOTIFICATION form as to Willie Wash sent to 6th Circuit [18-1] with copies of docket items nos. 14, 15, 17, 18 and docket sheet (cc: all counsel) (SSH) (Entered: 08/30/2000) |
| 09/11/2000 | | NOTIFICATION by 6th Circuit Court Number 00-6163; C. Borkowski case manager (SSH) (Entered: 09/11/2000) |
| 09/22/2000 | 20 | ORDER Entered: 9/19/00 from 6th Circuit dismissing the appeal [18-1] for want of prosecution. (SSH) (Entered: 09/25/2000) |
| 09/27/2000 | 21 | NOTICE by plaintiff Willie Wash of change of address: #00146133; 201 Poplar Ave., Memphis, TN, 38103 (YDS) (Entered: 09/28/2000) |
| 10/19/2000 | 22 | AFFIDAVIT of Prisoner in Support of Motion Under 28 USC 1915 by Willie Wash (YDS) (Entered: 10/19/2000) |
| 10/24/2000 | 23 | AFFIDAVIT In Support of Motion Under 28 USC 1915 for Appointment of Attorney and Authorization to Commence Suit Without Prepayment of Filing Fee by Willie Wash (YDS) (Entered: 10/25/2000) |
| 04/11/2001 | 24 | NOTICE from the Supreme Court of the United States: the petition for a writ of certiorari was filed 12/14/00 and placed on the docket 3/29/01 as no. 00-9197. (SSH) (Entered: 04/12/2001) |
| 06/11/2001 | 25 | NOTICE from the Supreme Court of the United States: the petition for a writ of certiorari is denied. as to Willie Wash (SSH) (Entered: 06/11/2001) |
| 06/15/2001 | 26 | NOTICE OF APPEAL by plaintiff Willie Wash from Dist. Court decision [24-1] (BAG) (Entered: 06/18/2001) |
| 06/18/2001 | 27 | NOTIFICATION form as to Willie Wash sent to 6th Circuit [26-1] with copies of docket items nos. 14, 15, 17 and docket sheet (cc: all counsel) (SSH) (Entered: 06/18/2001) |
| 07/02/2001 | 28 | LETTER from 6th Circuit COA stating the district court has not assessed the $015 appellate filing fee in accordance with the formula described in McGore v Wrigglesworth. (SSH) (Entered: 07/03/2001) |
| 07/05/2001 | | NOTIFICATION by 6th Circuit Court Number 01-5817; D. Schnur case manager (SSH) (Entered: 07/06/2001) |
| 09/20/2001 | 29 | ORDER Entered: 9/18/01 from 6th Circuit dismissing the appeal [26-1] for lack of jurisdiction (SSH) (Entered: 09/21/2001) |
| 10/12/2001 | 30 | ORDER Mandate Issued: 10/10/01 from 6th Circuit pursuant to the court's disposition that was filed in USDC on 9/20/01. (SSH) (Entered: 10/15/2001) |

Willie Wash
3425 Industrial Dr. W,
Hernando, Ms.
38632

FOREVER USA 2014 FOREVER USA 2014 FOREVER USA 2014 FOREVER USA 2014

PRIVILEG

RECEIVED
MAR 17 2014
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

The United States District
Court pro-Se law Clerk
Post office Box 704
Aberdeen, Mississippi
39730