**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **WILLIE WASH** | **PLAINTIFF** |
| **v.** | **No. 3:14CV54-SA-DAS** |
| **SHERIFF BILL RASCO, ET AL.** | **DEFENDANTS** |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the instant case is **DISMISSED** as moot.

In addition, the court imposes the following **SANCTION**, reciprocal to that imposed by the United States District Court for the Western District of Tennessee in *Wash v. Gilless*, 2:98CV2778-BBD, Docket Entry 17. Because of Wash's myriad relentless, voluminous, nonsensical, and frivolous filings in Tennessee, this court **RESTRICTS** Wash's ability to file cases and documents in the following manner:

(1) The Clerk of the Court may not docket Wash's documents in any case without an order from the court, except a one-page notice of appeal and accompanying *in forma pauperis* application in the present case;

(2) Wash may not file any new cases without permission from the court;

(3) Wash may not submit any new cases except by using a form from the court;

(4) Wash may not attach any documents of his own making to the forms from the court, though he may attach exhibits he did not prepare, such as copies of grievances or disciplinary proceedings.

(5) Should Wash attempt to submit documents to the court in violation of this order, they will be returned to him, unfiled.

**SO ORDERED**, this, the 28th day of May, 2014.

**/s/ Sharion Aycock**
**U.S. DISTRICT JUDGE**